IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICHARD ALLEN HITESHEW, et al.,

        Plaintiffs,

v.

BAXTER HEALTHCARE CORPORATION, et al.,

        Defendants.

Docket No. WMN 00-1899

## STIPULATION

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Plaintiffs have agreed to an extension for the Defendant Bayer Corporation and Bayer, A.G. ("Bayer") to respond to Plaintiffs' Complaint. Defendant Bayer has until August 9, 2000, to respond to Plaintiffs' Complaint.

As Agreed to and Respectfully Submitted by,

Charles P. Goodell, Jr., #03081
Thomas J. Cullen, Jr., #04572
Michael L. Lisak, Esquire, #25564
Goodell, DeVries, Leech & Gray, LLP
Suite 2000
One South Street
Baltimore, MD 21202
410-783-4000
*Attorneys for Bayer Corporation and Bayer, A.G.*

"APPROVED" THIS 28th DAY OF June, 2000

_____
UNITED STATES DISTRICT JUDGE

_____ (nlc)
Stephen J. Nolan, Esquire
Nolan, Plumhoff & Williams, Chtd.
502 Washington Avenue
Towson, MD 21204
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2000, I caused a true and correct copy of the foregoing Stipulation to be served via first-class mail, postage prepaid, upon the following counsel of record:

Stephen J. Nolan, Esquire
Nolan, Plumhoff & Williams, Chtd.
502 Washington Avenue
Towson, MD 21204
*Attorney for Plaintiffs*

Hope S. Freiwald, Esquire
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
*Counsel for Defendants, Baxter Healthcare Corporation and Baxter International, Inc.*

_____
Michael L. Lisak

283058v1

2