IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

RICHARD ALLEN HITESHEW, et al.,        :

           Plaintiffs,        :

v.        :   Civil No. WMN-00CV-1899

BAXTER HEALTHCARE CORPORATION,        :
et al.,
                   :
           Defendants.        :

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS BAXTER INTERNATIONAL, INC. AND BAXTER HEALTHCARE CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT**

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

Plaintiffs have agreed to an extension for the Defendants Baxter International, Inc. and Baxter Healthcare Corporation ("Baxter") to respond to Plaintiffs' Complaint. Defendant Baxter has until August 9, 2000, to respond to Plaintiffs' Complaint.

As Agreed to and Respectfully Submitted by,

*Mary H. Keyes*
Raymond G. Mullady, Jr., Esquire, No. 02732
Mary H. Keyes, Esquire, No. 26088
Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, Maryland 21209

APPROVED THIS 5th DAY OF July, 20 00

*[signature]*
UNITED STATES DISTRICT JUDGE



Hope S. Freiwald, Esquire
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103
*Counsel for Defendants Baxter International, Inc.
and Baxter Healthcare Corporation*


_____
Stephen J. Nolan, Esquire
Nolan, Plumhoff & Williams, Chtd.
502 Washington Avenue
Towson, Maryland 21204
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2000, I caused a true and correct copy of the foregoing Stipulation to be served via first-class mail, postage prepaid, upon the following counsel of record:

>Stephen J. Nolan, Esquire
>Nolan, Plumhoff & Williams, Chtd.
>502 Washington Avenue
>Towson, Maryland 21204
>*Attorney for Plaintiffs*
>
>Charles P. Goodell, Jr., Esquire
>Thomas J. Cullen, Jr., Esquire
>Michael L. Lisak, Esquire
>Goodell, DeVries, Leech & Gray, LLP
>One South Street, Suite 2000
>Baltimore, Maryland 21202
>*Attorneys for Bayer Corporation and Bayer, A.G.*

>_____
>Mary H. Keyes