IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 10  P 3: 07

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| **RICHARD ALLEN HITESHEW, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| v. : | Civil Action No. WMN-00CV-1899 |
| : | |
| **BAXTER HEALTHCARE CORPORATION,** : | |
| **et al.,** : | |
| : | |
| **Defendants.** : | |

### STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1), plaintiffs stipulate and agree to dismiss, without prejudice, all claims against Defendants Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corporation, and Bayer, A.G., collectively "Defendants," which allege fraud. Plaintiffs further stipulate and agree to dismiss, without prejudice, all claims against defendants Baxter International, Inc. and Bayer, A.G.

Defendants stipulate and agree that in the event plaintiffs seek to re-file any or all of the dismissed claims, such claims will be deemed filed as of the date of the original complaint for statute of limitations purposes.

The parties stipulate and agree that the date by which plaintiffs must seek to re-file any dismissed claims shall be determined by this Court pursuant to a Scheduling Order.

The parties further stipulate and agree that defendants need not file a responsive pleading, including an answer, to plaintiffs' original complaint, as plaintiffs will file, within 60 days, an amended complaint that deletes their fraud claims and all claims against Baxter International, Inc. and Bayer, A.G.

"___APPROVED___" THIS 10th DAY OF August, 00
_____
UNITED STATES DISTRICT JUDGE

_____
Stephen J. Nolan, Esquire
Nolan, Plumhoff & Williams, Chtd.
502 Washington Avenue
Towson, Maryland 21204
(410) 823-7800

Counsel for Plaintiffs

_____
Raymond G. Mullady, Jr., #02732
Mary H. Keyes, #26088
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-4185 (telephone)
(410) 580-3001 (facsimile)

Hope S. Freiwald
DECHERT, PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2514 (telephone)
(215) 994-2222 (facsimile)

Counsel for Defendant Baxter Healthcare Corporation

_____
Michael L. Lisak, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000 (telephone)

(410) 783-4040 (facsimile)

Counsel for Defendant Bayer Corporation

Dated: August 9, 2000

- 2 -

Balt2:424274:1:8/9/00
28869-3

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Stipulation of Partial Dismissal Without Prejudice to be served via first-class mail, postage prepaid, upon the following counsel of record:

>Michael L. Lisak, Esquire
>Goodell, DeVries, Leech & Gray, LLP
>One South Street, 20th Floor
>Baltimore, MD 21202
>*Counsel for Defendant Bayer Corporation*
>
>Stephen J. Nolan, Esquire
>Nolan, Plumhoff & Williams, Chtd.
>502 Washington Avenue
>Towson, Maryland 21204
>*Counsel for Plaintiffs*

>_____
>Mary H. Keyes

Dated: August 9, 2000