IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD ALLEN HITESHEW, et al., | : |
| Plaintiff, v. | : : Civil Action No.: CCB-00-1899 |
| BAXTER INTERNATIONAL, INC. et al., | : : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

The undersigned parties, by and through their counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to a dismissal of the above-caption action ("the Dismissed Action") without prejudice and without right of appeal.

The undersigned parties further stipulate and agree that, if within two years and six months of the date of filing of this Stipulation of Dismissal, plaintiff(s) seek to pursue an action arising out of or related to plaintiff-husband's alleged infection with hepatitis C, for purposes of the statute of limitations, said action will be deemed filed on May 19, 2000, the date of filing of the Dismissed Action. Any action filed more than two years and six months after the filing of this Stipulation of Dismissal shall be deemed filed on the date of its actual filing and shall not be deemed to relate back for statute of limitations or other purposes.

Defendants expressly reserve their right to assert in any subsequent action any and all defenses, including but not limited to the defense of the statute of limitations, that would have

been available in the Dismissed Action. Defendants also expressly reserve their right under Fed. R. Civ. P. 40(d) to seek recovery of all costs incurred in the Dismissed Action should plaintiff(s), at any time, seek to pursue an action arising out of or related to plaintiff-husband's alleged infection with hepatitis C.

STIPULATED AND AGREED TO BY:

*/s/ Stephen J. Nolan*   5-3-01
Stephen J. Nolan
Nolan, Plumhoff & Williams, Chtd.
502 Washington Avenue, Suite 700
Towson, Md 21204
Attorneys for Plaintiffs

*/s/ Hope S. Freiwald*
Hope S. Freiwald
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-2514
Attorneys for Defendant, Baxter Healthcare Corporation

*/s/ Thomas J. Cullen, Jr.*
Thomas J. Cullen, Jr.
Michael L. Lisak
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000
Attorneys for Defendant, Bayer Corporation